IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | | CRIMINAL ACTION |
| | : | NO. 11-530 |
| FRANCIS KING | | |
| Defendant. | | |
| | : | |

## ORDER

AND NOW, this 15th day of April, 2013, upon consideration of Defendant's unopposed Motion to Continue the Trial (Dkt No. 28), and it appearing that the interests of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial , it is hereby ORDERED and DECREED that pursuant to 18 U.S.C. § 3161(h)(7)(A), said Motion is GRANTED.  It is further ORDERED and DECREED that taking into account the exercise of due diligence, the failure to grant the requested continuance would deny counsel for the defendant reasonable and adequate time necessary for effective preparation, therefore trial in this matter shall be continued and the continuance period shall be marked excludable in accordance with 18 U.S.C. § 3161(h)(7)(B)(iv).

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C.  Darnell Jones,  II       J.